(A.R.D. 221)

PAUL MORRIS *v.* UNITED STATES

Entry Nos. 1022857; 908077; 77510.

Second Division, Appellate Term

(Decided May 17, 1967)

*Allerton deC. Tompkins* for the appellant.

*Barefoot Sanders*, Assistant Attorney General, for the appellee.

Before RAO and FORD, Judges

RAO, Chief Judge: This application for review of Reappraisement Decision 11207 (57 Cust. Ct. 585), having been formally withdrawn, is hereby dismissed.

Judgment will be entered accordingly.